# Exhibit B

REDACTED

REDACTED