# Exhibit D

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED