UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

RALPH NOLAN,

                      Defendant.

------------------------------------x

ORDER

14 Crim. 555 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant Ralph Nolan is hereby ordered released on his own recognizance pending further judicial proceedings in this action.

A status conference is scheduled for July 22, 2020 at 10:00 am.

Dated: New York, New York
       April 20, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge