VLADECK, RASKIN & CLARK, P.C.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 23 2020

SUSAN J. WALSH
(212) 403.7348
(C) 646.398.1514
swalsh@vladeck.com

July 23, 2020

**By Email and ECF**

Hon. George B. Daniels, USDJ
US District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: JUL 23 2020

Re:   *United States v. Ralph Nolan*, 14 Cr 0555 (GBD)

Dear Judge Daniels:

    I write to request that I be appointed to represent Mr. Nolan in the above captioned matter *nunc pro tunc* April 15, 2020. As the Court may recall, I represented Mr. Nolan in the above matter in the District Court after trial and for sentencing and collateral proceedings post-trial. Since that time, I was appointed to represent him in his consolidated appeal before the United States Court of Appeals for the Second Circuit.

    On April 15, 2020 Mr. Nolan's conviction was reversed by the Court of Appeals and remanded to this Court and I applied immediately for an emergency bail application before Your Honor and successfully secured his release from prison. I have been representing Mr. Nolan since that time and request that I be formally appointed pursuant to the Criminal Justice Act *nunc pro tunc* April 15, 2020 and that the Court endorse this letter So Ordered to effectuate my reappointment.

Respectfully submitted,

*/s/ Susan J. Walsh*
Susan J. Walsh

cc: Dominic Gentile, AUSA
    Richard Cooper, AUSA