**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                         :

    -against-                                              :

                               :                    ORDER

RALPH NOLAN,                                              :

                               :                    14 Crim. 555 (GBD)

                Defendant.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The parties' request that this Court adjourn the status conference scheduled for September 30, 2020 and set a motion schedule in anticipation of the Defendant's retrial is GRANTED. Defense motions shall be due on December 11, 2020. The Government's response shall be due on January 11, 2021 and any reply shall be filed by January 25, 2021.

The status conference scheduled for September 30, 2020 is adjourned to February 17, 2021 at 10:00 am. On the Government's motion, with Defendant's consent, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
       September 28, 2020

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge