VLADECK, RASKIN & CLARK, P.C.



Susan J. Walsh
212.403.7348
swalsh@vladeck.com

February 26, 2021

Hon. George B. Daniels
United States District Court Judge
United States District Court for the SDNY
500 Pearl Street
New York, NY 10007

MAR 0 1 2021

**SO ORDERED**

The status conference is adjourned from May 12, 2021 to June 30, 2021 at 10:00 a.m.

*George B. Daniel*
HON. GEORGE B. DANIELS

Re: *United States v. Ralph Nolan*, 14 Cr 555 (GBD)

Dear Judge Daniels:

I write to request an adjournment of the current motion schedule for an additional forty five days with the Government's consent. This is the third request for an adjournment. Currently defense motions are due on March 15th with Government Opposition due on April 15, 2021.

The parties continue to explore and make progress on the potential to resolve the matter without a re-trial but require additional time to do so.

Accordingly, I respectfully request an adjournment for defense motions until April 30, 2021, Government Opposition due May 28, 2021 and defense reply, if any, due on or before June 4, 2021. Thereafter the parties are amenable to a status conference anytime thereafter at the convenience of the Court. The status conference is currently scheduled for May 12, 2021.

Ralph Nolan is at liberty having been released on his own recognizance by this Court. Mr. Nolan consents to the exclusion of time under the Speedy Trial Act. The Government joins in this request. .

Respectfully submitted,

/s/ *Susan J. Walsh*
Susan J. Walsh

cc:   Dominic Gentile, AUSA
       Frank Balsemello, AUSA
       Richard Cooper, AUSA

715276 v1